| DIST. | OFF. | DOCKET YR. NUMBER | | FILING DATE MO DAY YEAR | | | J | N/S | O | D | R | $ DEMAND Nearest $1,000 | JUDGE/ MAG. NO. | COUNTY | JURY DEM. | DOCKET YR. NUMBER | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 425 | 3 | 84 | 3521 | 11 | 05 | 84 | 3 | 720 | 1 | | | | J 2505 M 25AB | 54045 | | 84 | 3521 |

| PLAINTIFFS | DEFENDANTS |
|---|---|
| AMHERST COAL COMPANY, a corporation | BROWN, CHESTER; BUNCH, KENNY; BELCHER, BILLY; and JUSTICE, JAMES, individuals; UNITED MINE WORKERS OF AMERICA, DISTRICT 17, LOCAL UNION 5850, UNITED MINE WORKERS OF AMERICA, and MORGAN, JOHN J. |

**CAUSE**
(CITE THE U.S. CIVIL STATUTE UNDER WHICH THE CASE IS FILED AND WRITE A BRIEF STATEMENT OF CAUSE) DCM

29 USC 185, et seq. Action to enjoin arbitration hearing.

**ATTORNEYS**

Stephen P. Goodwin
Goodwin & Goodwin
1717 Charleston National Plaza
Charleston, WV 25301

| CHECK HERE IF CASE WAS FILED IN FORMA PAUPERIS | FILING FEES PAID | | | STATISTICAL CARDS | |
|---|---|---|---|---|---|
| | DATE | RECEIPT NUMBER | C.D. NUMBER | CARD | DATE MAILED |
| | 11-06-84 | $60.00       9562 | #980696(7) 11-09-84 | JS-5 | 11-30-84 |
| | Action filed 11-05-84 in Chstn | | | JS-6 | |

UNITED STATES DISTRICT COURT DOCKET                                    DC-111 (Rev. 9/81)

AMHERST COAL COMPANY     VS     CHESTER BROWN, ET ALS

AMHERST COAL COMPANY    VS    CHESTER BROWN, ET ALS

84-3521

| DATE | NR. | PROCEEDINGS | |
|---|---|---|---|
| 11-05-84 | 1 | COMPLAINT, filed in Charleston. Process NOT issued from Charleston Office. | DCM |
| 11-05-84 | -- | SUMMONS. Original and & copies issued from Charleston. Returnable 20 days. | LLC |
| 11-06-84 | 2 | MOTION of pltf. for TRO. | LLC |
| 11-06-84 | 3 | MOTION of pltf. for Preliminary Injunction. | LLC |
| 11-06-84 | 4 | ORDER (2505): Appointing Earic E. Edwards to service process and a complaint. (cc: counsel) | LLC |
| 11-06-84 | 5 | ORDER (2505): Defts, Chester Brown, Kenny Bunch, Billy Belcher and James Justice be restrained until 11-16-84, 2:00 p.m. unless within said time this order shall be extended for good cause; motion of pltf. for preliminary injunction set for hearing 11-16-84. (cc: counsel) | LLC |
| 11-06-84 | 6 | BOND on TRO Corporate Surety, $5,000.00. | LLC |
| 11-09-84 | 7 | REPORTER'S NOTES from Hearing of 11-08-84. (Preston) | DCM |
| 06-02-86 | 8 | ORDER (2505): It appearing to the Court that the parties have not manifested any interest in this action, the same dismissed without prejudice and stricken from the docket of this Court; however, the Court retains complete jurisdiction to vacate this order and reopen this action upon good cause shown (cc: counsel) DCM | |
| 06-02-86 | * | JS 6. CASE CLOSED. | DCM |